**Rosie HOPKINS, Appellant,**

v.

**State of ARKANSAS; Arkansas Department of Community Correction; David Guntharp, in his official capacity, Appellees.**

No. 07–3473.

United States Court of Appeals, Eighth Circuit.

Submitted: July 27, 2009.

Filed: Aug. 3, 2009.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Rosie Hopkins appeals the district court's[1] adverse grant of summary judgment in her employment-discrimination action. After reviewing the record de novo, viewing the evidence and all reasonable inferences from it in a light most favorable to Hopkins, *see Jacob–Mua v. Veneman,* 289 F.3d 517, 520 (8th Cir.2002) (standard of review), we conclude summary judgment was proper for the reasons stated by the district court. Accordingly, the judgment of the district court is affirmed. *See*

---

1. The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas.

---

8th Cir. R. 47B. Hopkins's motion to supplement the record on appeal is denied.